UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-902 (PJS/RLE)

| | |
|---|---|
| David Stock Farm Services, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Natural Resources Conservation )<br>Service and U.S. Department of )<br>Agriculture )<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on May 12, 2009, I caused the following documents:

**Notice of Appearance**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**H. Morrison Kershner**: m.kershner@pemlaw.com


Dated: May 12, 2009

                                          s/Friedrich A. P. Siekert
                                          BY: FRIEDRICH A.P. SIEKERT
                                          Assistant United States Attorney