AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| David Stock Farm Services, Inc.<br><br>Plaintiff<br>v.<br>Natural Resources Conservation Service and United States Department of Agriculture<br>Defendant | Civil Action No. 09-902 PJS/RLE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATURAL RESOURCES CONSERVATION SERVICE, United States Department of Agriculture, 375 Jackson Street, Suite 600, St. Paul, MN 55101

UNITED STATES DEPARTMENT OF AGRICULTURE, 1400 Independence Avenue SW, Washington D.C. 20250

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  H. Morrison Kershner
Pemberton, Sorlie, Rufer & Kershner, P.L.L.P.
110 North Mill Street, P.O. Box 866
Fergus Falls, MN 56538-0866
Telephone: 218-736-5493
Email: m.kershner@pemlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-20-09

*Signature of Clerk or Deputy Clerk*

Dated: April 27, 2009				s/ H. Morrison Kershner, No. 55426
						Attorneys for Plaintiff
						PEMBERTON, SORLIE, RUFER
						& KERSHNER, P.L.L.P.
						110 North Mill Street, P.O. Box 866
						Fergus Falls, MN 56538-0866
						Telephone: 218-736-5493
						Facsimile: 218-736-3950
						m.kershner@pemlaw.com

HMK:vks
2009-4112

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Natural Resources Conservation Service and United States Department of Agriculture
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* /and complaint
I served the summons by Certified Mail - Return Receipt Requested upon the following
Natural Resources Conservation Service, received on April 29, 2009, Exhibit A attached
U.S. Department of Agriculture, received on May 7, 2009, Exhibit B attached.
U.S. Attorney's Office, received on April 29, 2009, Exhibit C attached.
National Appeals Division, received on May 1, 2009, Exhibit D attached.
My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .
United States Attorney General, received on May 6, 2009, Exhibit E attached.

I declare under penalty of perjury that this information is true.

Date: July 8, 2009

*Server's signature*

s/ H. Morrison Kershner, No. 55426
s/ Joshua M. Heggem, No. 0387834
Attorneys for Plaintiff
PEMBERTON, SORLIE, RUFER
& KERSHNER, P.L.L.P.
110 North Mill Street, P.O. Box 866
Fergus Falls, MN 56538-0866
Telephone: 218-736-5493
Facsimile: 218-736-3950
m.kershner@pemlaw.com
j.heggem@pemlaw.com

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.24 |

Postmark Here — APR 27 2009 — FERGUS FALLS, MN 56537

Sent To: NRCS, USDA
Street, Apt. No.; or PO Box No.: 375 Jackson Street, Suite 600
City, State, ZIP+4: St. Paul, MN 55101

Article Number: 7006 0810 0006 0501 5326

PS Form 3800, June 2002      See Reverse for Instructions

---

IRS 2009-4112

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NRCS
USDA
375 Jackson Street
Suite 600
St. Paul, MN 55101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Carolyn Krick  ☐ Agent ☐ Addressee
B. Received by (Printed Name): Carolyn Krick
C. Date of Delivery: 4-29-09
D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type:
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 0501 5326

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT A**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.24 |

Postmark Here — APR 27 2009 — FERGUS FALLS, MN 56537

Sent To: USDA
Street, Apt. No.; or PO Box No.: 1400 Independence Ave SW
City, State, ZIP+4: Washington D.C. 20250

PS Form 3800, June 2002 — See Reverse for Instructions

7005 3110 0000 0501 8902

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USDA
1400 Independence Ave SW
Washington D.C.
20250

**COMPLETE THIS SECTION ON DELIVERY**

VKS 2009-4112

A. Signature: X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Allison Loferidge   C. Date of Delivery: 5/7/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type:
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0000 0501 8902

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**EXHIBIT B**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.24 |

Postmark Here — APR 27 2009 — FERGUS FALLS, MN — USPS

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 600 U.S. Courthouse, Suite 600   300 South 4th Street
City, State, ZIP+4: Minneapolis, MN 55415

PS Form 3800, June 2002 — See Reverse for Instructions

7005 3110 0000 0501 8896

---

VKS 2009-4112

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
600 U.S. Courthouse, Suite 600
300 South 4th Street
Minneapolis, MN 55415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Andrew
C. Date of Delivery: 4-29-09

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0000 0501 8896

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT C**





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.24 |

Postmark Here — APR 17 2009 — FERGUS FALLS, MN 56537 USPS

Article number: 7005 3110 0000 0501 9336

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington D.C. 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

---

2009-4112 VKS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Avenue
Washington D.C.
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: MAY 6 2009

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0000 0501 9336

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT E**